UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/15
```

SUCHODOLSKI ASSOCIATES, INC., and
CONSULTORA WORLDSTAR S.A.

                    Plaintiffs,

       -against –

CARDELL FINANCIAL CORP.,

                    Defendant.

03 Civ. 4148 (WHP)
04 Civ. 5732 (WHP)

**FULL SATISFACTION OF
JUDGMENT**

WHEREAS, a judgment in the amount of US$35,595.00 (without interest) was entered in this action on April 8, 2009 (the "Judgment", a copy of which is attached hereto as Exhibit 1), in favor of Defendant Cardell Financial Corp. (the "Judgment Creditor"), and against Plaintiffs Suchodolski Associates, Inc. ("SAI") and Consultora Worldstar S.A. ("Worldstar");

WHEREAS, the Judgment Creditor levied upon, garnished, and executed the foregoing Judgment against certain property and assets of Worldstar, namely (i) a certain certificated Subordinated Promissory Note in the principal amount of $333,333.33 payable to Worldstar, (ii) a certain certificated Subordinated Promissory Note in the principal amount of $333,333.33 payable to Metropolis Shipping and Business Inc. ("Metropolis") of which Worldstar was the indirect beneficial owner as the result of the underlying debt obligation being owed from Metropolis to Worldstar, and (iii) such underlying debt obligation owed from Metropolis to Worldstar (collectively, the "Property");

WHEREAS, the Judgment Creditor also levied upon, garnished, and executed certain other judgments entered in other cases against SAI and Worldstar against the Property;

1055767.2

WHEREAS, the Judgment Creditor caused such Property to be sold at public auction for a total amount of $666,666.66; and

WHEREAS, $35,595.00 plus post-judgment interest in the amount of $1,341.81 accrued thereon at the federal rate of 0.58%, for a total of $36,936.81, having been fully paid as expressly set forth below,

THEREFORE,

1.   Full and complete satisfaction of the Judgment in the amount of US$35,595.00 entered on April 8, 2009 (a copy of which is attached hereto as Exhibit 1), plus post-judgment interest in the amount of $1,341.81 accrued thereon at the federal rate of 0.58%, for a total of $36,936.81, is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

New York, New York
September 28, 2015

ANDERSON KILL P.C.

By: _____

Helen J. Williamson (HW-1527)

1251 Avenue of the Americas
New York, New York 10020
T:   (212) 278-1000
F:   (212) 278-1733

*Attorneys for Petitioners*
*Cardell Financial Corp., Deltec Holdings,*
*Inc., Anastácio Empreendimentos*
*Imobiliários e Participações Ltda., and*
*Companhia City De Desenvolvimento*

STATE OF CONNECTICUT    )
                           )   ss.:
COUNTY OF FAIRFIELD     )

        On the 28th day of September, 2015 before me personally came Helen J. Williamson to me known and known to be a member of the firm of Anderson Kill P.C., attorneys for Defendant in the above-entitled action, and to be the same person described in and who executed the within Full Satisfaction of Judgment and acknowledged to me that she executed the same.

                                                  Notary Public/Commissioner of Superior Court
                                                  Andrew M. Walsh

**EXHIBIT 1**



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SUCHODOLSKI ASSOCIATES, INC.,
and CONSULTORA WORLDSTAR S.A.,

                              Plaintiffs,           03 Civ. 4148 (WHP),
                                                    04 Civ. 5732 (WHP)
            -against –

CARDELL FINANCIAL CORP.,

                              Defendant.            JUDGMENT

ORDERED, ADJUDGED AND DECREED: That for the reasons stated in

the Court's Memorandum and Order dated December 19, 2008, Defendant Cardell

Financial Corp. is granted judgment against Plaintiffs Suchodolski Associates, Inc. and

Consultora Worldstar S.A. in the amount of $35,595 inclusive of fees and costs.

Dated:   New York, New York
         April 7, 2009

                                        SO ORDERED

                                        U.S.D.J.
                                        William H. Pauley III



NYDOCS1-917747.2