UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUCHODOLSKI ASSOCIATES, INC., and
CONSULTORA WORLDSTAR S.A.

                Plaintiffs,

      -against –

CARDELL FINANCIAL CORP.,

                Defendant.

03 Civ. 4148 (WHP)
04 Civ. 5732 (WHP)

## CERTIFICATE OF SERVICE

I, HELEN J. WILLIAMSON, certify that on October 20, 2015, I caused Notice of Entry of Satisfaction of Judgments to be served on at the addresses listed below by (i) first class mail, by depositing true and exact copies of said documents in postage paid envelopes deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of Connecticut, and (ii) by electronic mail:

Dr. Gilberto Cipullo
Pompeu, Longo, Kignel & Cipullo
Rua Henrique Schaumann
600 – Jardim Paulista
Sao Paulo, 05413-011, Brazil
gcipullo@plkc.com.br

Ruy Pereira Camilo, Jr.
Camilo Advogados
Rua Doutor Renato Paes de Barros
n. 714 offices n. 141-142
Itaim Bibi
Sao Paulo, 04530-001, Brazil
camilo@camilo.adv.br

I also caused copies of such documents to be served on the persons listed above at their addresses listed above by Federal Express, by depositing true and exact copies of said documents in paid envelopes deposited in an official depository under the exclusive care and custody of Federal Express within the State of Connecticut.

Dated:     October 20, 2015
              Stamford, Connecticut

                                                          Helen J. Williamson

1056802.1